IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAFTON RANDLE, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-10-146-M |
| ) | |
| DAVID PARKER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On March 9, 2010, United States Magistrate Judge Doyle Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommends that the petition for a writ of habeas corpus be dismissed without prejudice for lack of jurisdiction. Petitioner was advised of his right to object to the Report and Recommendation by March 29, 2010 and a review of the court file reveals that no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on March 9, 2010;

(2) DISMISSES the petition for writ of habeas corpus without prejudice.

**IT IS SO ORDERED this 19th day of April, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE